1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    KATHERINE L. WAWRZYNIAK (CABN 252751)
3   Chief, Criminal Division

4   CLAUDIA QUIROZ (CABN 254419)
    KATHERINE LLOYD-LOVETT (CABN 276256)
5   Assistant United States Attorneys
    C. ALDEN PELKER (MD)
6   Trial Attorney
    Computer Crime & Intellectual Property Section
7   United States Department of Justice

8           450 Golden Gate Avenue, Box 36055
            San Francisco, California 94102-3495
9           Telephone: (415) 436-7428
            FAX: (415) 436-7234
10          claudia.quiroz@usdoj.gov
            katherine.lloyd-lovett@usdoj.gov
11          catherine.pelker@usdoj.gov

12  Attorneys for United States of America

13                   UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17  UNITED STATES OF AMERICA,              )   NO. CR 16-00227-SI
                                           )
18          Plaintiff,                     )   UNITED STATES' MOTION TO UNSEAL CASE
                                           )   AS TO DEFENDANTS ANDREY NIKONOROV,
19      v.                                 )   STANISLAV GOLOVANOV AND ALEXANDER
                                           )   BUYANOV, AND DOCUMENT NOS. 1-7, 9-13,
20  BTC-E, A/K/A CANTON BUSINESS           )   15, 18-19; [PROPOSED] ORDER
    CORPORATION,                           )
21                                         )
    and                                    )
22                                         )
    ALEXANDER VINNIK,                      )
23                                         )
            Defendants.                    )
24  _____       )

25

26          The United States of America ("the government"), through undersigned counsel, respectfully

27  moves this Court to unseal (1) the case against Defendants Andrey Nikonorov, Stanislav Golovanov,

28  and Alexander Buyanov; and (2) Document Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 18, and 19 in

    UNITED STATES' MOTION TO UNSEAL; [PROPOSED] ORDER
    Case No. CR 16-00227-SI                                              v. 7/10/2018

FILED

Jun 06 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1    the above-captioned matter.  The reason for the unsealing request is as follows:

2         Defendants Nikonorov, Golovanov, and Buyanov

3         When conducting business related to BTC-e, Defendant Alexander Vinnik made efforts to

4    conceal his true identity.  This included appropriating the identities of Andrey Nikonorov, Stanislav

5    Golovanov, and Alexander Buyanov.  On May 31, 2016, a federal grand jury returned an Indictment in

6    this matter against Defendants BTC-e (a/k/a Canton Business Corporation), Andrey Nikonorov,

7    Stanislav Golovanov, Alexander Buyanov, and Alexander Vinnik.  Dkt. No. 1.  Subsequently, on

8    January 17, 2017, the government filed a Superseding Indictment clarifying Vinnik's role in BTC-e,

9    which included actions previously attributed to Nikonorov, Golovanov, and Buyanov.[1]  Accordingly, it

10   is no longer necessary for the case against those individuals to be sealed.

11        Docket Nos. 1-7, 9-13, 15, 18-19

12        During a hearing before Hon. Sallie Kim on August 15, 2022, the government moved to unseal

13   the case as to Defendants BTC-E and Alexander Vinnik from docket number 20 onward.  *See* Dkt. Entry

14   No. 22.  Docket entries 1 through 19 remained under seal.  *Id.*  Because at this juncture it is no longer

15   necessary for those documents to be sealed, the government hereby moves to unseal them.

16        With respect to the remaining document numbers (8, 14, and 16)[2], the government will make a

17   motion to unseal those documents with certain redactions separately, if appropriate.  Accordingly, the

18   government requests that those documents shall remain under seal at this time.

19                          Respectfully submitted,

20                          ISMAIL J. RAMSEY
                         United States Attorney

21

22

23   DATED:  June 1, 2023                       /s/

CLAUDIA QUIROZ

24                             KATHERINE LLOYD-LOVETT
                          Assistant United States Attorneys

25                             C. ALDEN PELKER
                          Trial Attorney, CCIPS Assistant United States

26                             Attorney

27   _____

28       [1] The government previously shared this information with defense counsel.

    [2] Document No. 17 was filed in error and removed from the docket.

UNITED STATES' MOTION TO UNSEAL; [~~PROPOSED~~] ORDER
Case No. CR 16-00227-SI                           v. 7/10/2018

1

**[~~PROPOSED~~] ORDER**

2    On the motion of the United States, and good cause appearing therefor, the Court HEREBY

3    ORDERS that the case against Defendants Andrey Nikonorov, Stanislav Golovanov, and Alexander

4    Buyanov be unsealed.

5    IT IS FURTHER ORDERED that Document Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 18, and

6    19 in the above-captioned matter shall be unsealed.

7    IT IS FURTHER ORDERED that Document Nos. 8, 14, and 16 shall remain sealed at this time.

8    IT IS SO ORDERED.

9    DATED:  06/06/2023

10                                             HONORABLE SUSAN ILLSTON
                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' MOTION TO UNSEAL; [~~PROPOSED~~] ORDER
Case No. CR 16-00227-SI                                              v. 7/10/2018